**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No. C 12-00499 CRB

12              Plaintiff,                  **ORDER TO SHOW CAUSE**

13       v.

14   CHANGA LAKE,

15              Defendant.
                                          /
16

17       Defendant Changa Lake, an inmate currently incarcerated at FCI Herlong, has filed a

18   motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  See Motion

19   to Vacate (dkt. 130).  Defendant argues that he was denied effective assistance when his trial

20   counsel (1) failed to object to the handgun evidence; (2) failed to object to the jail house

21   phone call evidence; and (3) did not investigate or produce certain witnesses.  Id. at 5.

22       Good cause appearing therefor, the Government is hereby ORDERED to file an

23   answer to Defendant's motion within 60 days of this Order.  If Defendant wishes to respond

24   to that answer, he shall file a traverse with the Court and serve it on respondent within 30

25   //

26   //

27   //

28   //

1   days of his receipt of the answer.

2        **IT IS SO ORDERED.**

3

4   Dated: May 20, 2016

_____

CHARLES  R. BREYER
UNITED STATES DISTRICT
JUDGE

**United States District Court**
For the Northern District of California

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28